208 So.2d 327

**In re: ST. CHARLES LAND TRUST ACHILLE GUIBET et al. (trustees applying for instructions)**

**v.**

**Hon. J. O. ST. AMANT, Ex-Officio Inheritance Tax Collector.**

No. 49132.

March 25, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.